IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDY B. NAB,

      Plaintiff,                    2:06-cv-2191-GEB-DAD-PS

    vs.

CONTRACTORS STATE
LICENSE BOARD, et al.,

      Defendants.                ORDER

/

        Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On February 21, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days.  No objections to the findings and recommendations have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed February 21, 2007, are adopted in full;

1

2. Defendant Contractors State License Board's January 25, 2007 motion to dismiss plaintiff's claims against them is granted; and

3. All claims against defendant Contractors State License Board are dismissed with prejudice.

Dated: March 15, 2007

GARLAND E. BURRELL, JR.
United States District Judge