IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDY B. NAB,

        Plaintiff,                2:06-cv-2191-GEB-DAD-PS

    vs.

CONTRACTORS STATE
LICENSE BOARD, et al.,

        Defendants.          ORDER
_____/

        Plaintiff, proceeding pro se, filed the above-entitled action seeking relief pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On July 6, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 6, 2007, are adopted in full;

2. Defendants' motions to dismiss filed on May 10, 2007, docketed as #32 and #37, are granted;

3. All claims brought against defendants in their official capacities are dismissed;

4. All claims against defendants Baldacci, Barnes, Booth, Brown, Kelly, Kirkbride, Lamb, Lang, Matich, Medrano, Miller, Mitchell, O'Rourke, Sands, and Zampa are dismissed without leave to amend;

5. Defendants' motion to stay filed on May 10, 2007, docketed as #33, is denied as moot; and

6. This action will proceed against defendants Lawton and Villucci in accordance with the scheduling order issued by the magistrate judge on July 6, 2007.

Dated: August 30, 2007

GARLAND E. BURRELL, JR.
United States District Judge