IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDY D. NAB,

      Plaintiff,                    No. CIV S-06-2191 GEB DAD PS

      v.

CONTRACTOR'S STATE         <u>ORDER</u>
LICENSE BOARD, et al.,

      Defendants.
_____/

      Plaintiff, proceeding pro se, has filed a discovery motion and noticed it for hearing before the undersigned on April 25, 2008.

      Pursuant to the Status (Pretrial Scheduling) Order filed in this action on July 6, 2007, all parties to this action were required to conduct their discovery so that discovery was completed by February 29, 2008. As the order explains,

> [t]he word "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been complied with.

Status (Pretrial Scheduling) Order at 3-4. Plaintiff did not bring his discovery dispute to the court for resolution by appropriate order prior to February 29, 2008.

/////

1

1  Accordingly, IT IS ORDERED that plaintiff's April 4, 2008 motion to compel
2 discovery has not been placed on the court's calendar and is denied as untimely.
3 DATED: April 7, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.prose/nab2191.mtc.den