IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDY D. NAB,

      Plaintiff,                    No. CIV S-06-2191 GEB DAD PS

vs.

CONTRACTOR'S STATE,         ORDER TO SHOW CAUSE
LICENSE BOARD, et al.,

      Defendants.
_____/

      Plaintiff has proceeded with this action in propria persona. The two remaining defendants are Rick Villucci and John Lawton. Pursuant to the Status (Pretrial Scheduling) Order filed on July 7, 2007, the matter was set for Final Pretrial Conference on June 30, 2008. After plaintiff failed to file a pretrial statement on or before June 16, 2008, as required by Local Rule 16-281(a)(1), the Honorable Garland E. Burrell, Jr. granted defendants' request to extend law and motion. Final Pretrial Conference and Trial were rescheduled and are currently set for December 1, 2008, and January 27, 2009, respectively. Defendants' motion for summary judgment has been noticed for hearing before the undersigned on August 29, 2008, the last hearing date for law and motion. Plaintiff's opposition to the motion, or his statement of non-opposition, was due on or before August 15, 2008 and is now a week overdue. See Local Rule 78-230. Plaintiff will be given one final opportunity to respond to defendants' motion.

1

1    IT IS HEREBY ORDERED that plaintiff shall file and serve on or before August
2 27, 2008, a declaration under penalty of perjury showing good cause for the failure to file timely
3 opposition or a statement of non-opposition to defendants' motion for summary judgment.
4 Plaintiff's declaration must be accompanied by his opposition or his statement of non-opposition
5 to the motion.  If plaintiff files a declaration together with opposition to defendants' motion, the
6 motion will be heard as scheduled on August 29, 2008, and any reply to plaintiff's late
7 opposition may be filed by defendants on or before September 5, 2008.  If plaintiff files a
8 declaration together with a statement of non-opposition to defendants' motion, the motion will be
9 dropped from the calendar, and the undersigned will recommend that defendants' unopposed
10 motion be granted.  Finally, plaintiff is forewarned that if he fails to respond to this order in any
11 way, the undersigned will vacate the hearing on defendants' motion and recommend either that
12 the unopposed motion be granted on its merits or, in the alternative, that this action be dismissed
13 with prejudice for lack of prosecution and as a sanction for plaintiff's failure to comply with
14 multiple court orders and applicable rules.  <u>See</u> Local Rule 11-110.
15 DATED: August 22, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

19   DAD:kw
     Ddad1\orders.pro se\nab2191.osc