1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RANDY B. NAB,

12            Plaintiff,                    2:06-cv-2191-GEB-DAD-PS

13        vs.

14   CONTRACTORS STATE
     LICENSE BOARD, et al.,               ORDER
15
              Defendants.
16   _____/

17          Plaintiff, proceeding pro se, filed the above-entitled action seeking relief pursuant

18   to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19   Local Rule 72-302(c)(21).

20          On December 1, 2008, the magistrate judge filed findings and recommendations

21   herein which were served on the parties and which contained notice to the parties that any

22   objections to the findings and recommendations were to be filed within twenty days.  Plaintiff

23   has filed objections to the findings and recommendations.

24          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

25   72-304, this court has conducted a de novo review of this case.  Having carefully reviewed the

26   entire file, the court finds the findings and recommendations to be supported by the record and by

1

1  proper analysis.

2      Accordingly, IT IS HEREBY ORDERED that:

3      1. The findings and recommendations filed December 1, 2008, are adopted in

4  full;

5      2. Defendants' July 25, 2008 motion for summary judgment (Doc. No. 57), as

6  amended on July 29, 2008 (Doc. No. 65), is granted; and

7      3. This action is dismissed.

8  Dated:  January 15, 2009

9

10  _____
    GARLAND E. BURRELL, JR.
11  United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26